IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JOHN GREG GARDNER, | § § § | |
| Plaintiff | § § | |
| vs. | § § | CIVIL ACTION NO. 2-09-cv-0050 |
| UNIT TEXAS DRILLING, LLC and UNIT DRILLING COMPANY, | § § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date the Court considered the parties' Joint Motion for Dismissal with Prejudice. The Court is of the opinion that all matters in controversy between the parties have been fully and finally compromised and settled. Therefore,

IT IS ORDERED that Plaintiff John Greg Gardner's claims against Defendants Unit Texas Drilling, L.L.C., and Unit Drilling Company are hereby DISMISSED WITH PREJUDICE. Taxable costs are to be borne by the party incurring same.

This is a final judgment.

SIGNED this 16th day of December, 2009.

_T. John Ward_
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

DB1/64108646.1